IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Mr. Raymond Sims-Lewis
360 E. Madison St.
Baltimore, MD 21202
ID# 464100

*

*

*FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 25 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

_____
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

MARYLIN Mosbey MARYLAND "states Attorney"     120 E. Baltimore St. BAltimore MD 21202     Case No.: _____
Balt City police  CM Sullivan                                         *(Leave blank. To be filled in by Court.)*
   MARYLAND state

_____
*(Full name and address of respondent)*
**Defendant(s).**

## COMPLAINT

I.  Previous Lawsuits

    A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES  ☐       NO  ☑

    B.  If you answered YES, describe that case(s) in the spaces below.

        1.  Parties to the other case(s):

           Plaintiff: _____

           Defendant(s): _____

        2.  Court (if a federal court name the district; if a state court name the city or county):

           _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

    A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

        YES ☑   NO ☐

      1. If you answered YES:

        a. What was the result? _Postponement_____
          _____

        b. Did you appeal? _____
          YES ☑   NO ☐

      2. If you answered NO to either of the questions above, explain why: _____
        _____
        _____

III. Statement of Claim
    (Briefly state the facts of your case.  Include dates, times, and places.  Describe what each defendant did or how he/she is involved.  If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 5-6-21 Around 0140 hrs ofc, Sullivan From the Baltimore City police department victimized this petition. After He Approached the petition outside of the Greyhound Station Located on 2110 Haines St. Baltimore, MD Causing petition to Faint on the Sidewalk

(1)

## Statement of Claim

As petition Layed on Sidewalk going in & out of Concicus the petition Can only remember his Friend Screaming at the police to get off of him As they Violated the 4th Amendment U.S, Constitutional Right.

As their reason for the police-civilian encounter was to do A "Terry Stop" Also know As the Investigatory stop to briefly Detain.

But After petition Lost Concicus Ofc. Sullivan took Advantage of his chance to get Away with violating the 4th Amendment By Searching the petition Waist Area After petition produced A Florida State Identification At which the petition Felt As though he Wasn't Free to leave Due to the Accusation Ofc. Sullivan Accused the petition of.

Which Landed the petition in the Ambulance being tranported to hospital After Ofc. Sullivan's 4th Amendment U.S. Constitutional Right Violation Along with the 14th Amendment U.S. Constitutional Right Violation As that victimized the petition to Maryland Declaration Constitutional Rights Article 22 24 And 26.

As Ofc. Sullivan Search And Seizure of the petition before Calling the Ambulance Violated United States Constitutional Rights Along with Maryland



Declaration Constitutional Rights his unlawful
acts were also Tortious Acts which violated
Civil Rights And Defamed the character of the petition
Due to the Baltimore City police intrapment game
they played on petition.

By Showing a picture of the
petition the day Before Saying call when you see
him he has a Gun.

That theory gave Rize to the
public seeing the petition then giving police official
the right to a "Terry-Stop"

Which no one really knows if
Ofc. Sullivan and his team worked personally with
the caller's to be able to Approach a reasonable
person to target the petition

As After the petition was
Sent to Hospital Ofc. Sullivan continued his
police malfeasance violating the 4th Amendment
Due to the petition Requested For Ofc. Sullivan
to get his Backpack at which the petition
Doesn't Know who gave the Backpack to
Security After being taken to the hospital
But Ofc. Sullivan Conducted Another unlawful
Search and Seizure.

Where documents state Grey hound
Station Security officer Called For the petition
Backpack to be picked up. At which Ofc. Sullivan



③

met with frey named station Security and
WAS Notified that petition left this backpack
Before being Tranported in Ambilance

But Ofc. Sullivan Neglected
to respect the united states constitution which
Governs the 4th and 14th Amendment right
that protects Civilians person, property
And paper From Search and seizure's without
A Warrant.

At which Ofc. Sullivan Stated
He Found A Gun Underneath At the Bottom
of clothes inside the petition's Back pack Along
with Hospital papers From Area hospital with
petition's Name on paper work.

Basically Ofc. Sullivan Admits
to the Unconstitutional misconduct which
Violates And victimizes the petition

Also Maryland state Attorney
Maryline Moseby is Guilty Of these same
Violation due to "the week exclusionary Rule"
Violation is "Accessory to Constitutional Violation
After the Fact," Thanks to the Guise Law. There's
No Excuse that Acceptable to support this
Kind of misconduct From Law Enforcement
or state Law Official Such As Maryland States
Attorney And Assistant State Attorney
Veronica Colson. For them to inflict malicius



(4)

prosecutions. FAlse inprisonment stemming From
intrapment And HARRASSMENT AS All DeFendants
Tortious Acts Victimized petition to intentional
infliction of Emotional distress From negligent
Hiring training And Supervision. Cruel And
unusual punishment By not obeying by the
Law Constitution And Civic And maryland
Declaration Constitutional Right Leaving
the petition suffering From DeFamation of
Character. Pain And suffering Healthwise
And medically Along with depression And malius
As the petition Believe All Action's Occured
Due to DeFendants Wish to Further Carrier.

Which Allow's petition to bring forth
Tortious Act claim under the maryland Tort
claim Act Due to Each DeFendant Misconduct
And unlawful Act WAS All unconstitutional unCivil
And Tortious By maryland state personel which
Caused Infliction of Emotional distress Intentionally

Also the petition Bring Forth Local
Government Tort claim Act. Due to the petitions
Being victimized while under the scope of
state personel At which the petition
Gain unhealthy medical conditions
And Eye injuries By Being ASSaulted By
FACILITY STAFF As they kicked petition in
Left eye Bursting A vessel in the eye

(5)

only to deal with negligent medical department
Corizon Health Care services, which is operated
by negligence that allowed the petitians health
to worsen. Allowing the petitian to suffer
in pain As this medical department doesn't
prescribe strong enough medicine to cure, only
enough to say they prescribed harming
other artories leaving petitian in distress
As he believe this is cruel and unusual
punishment, As the petitian was never
suppose to be detained so long, As the
petitian have held against his free will
for 14 months on an illegal arrest.

          And now this petitian wish to bring
common law violations claim "MTCA" LGTCA
And civil Rights violations claims to be
heard in front of a jury or judge with
monetary relief - of $200 million dollars
provided by government Also $200,000 a claim
under Local Government Tort claim act Allowing
those defendants liable to liabilities And
grant relief to this victimized petitian at
which he deserves for such unlawful illegal
tortious acts by Maryland law officials

Maryland state fall under same violations Due incident
occured in MD state by MD state personel victimizing petition
making Maryland liable to liabilities

IV. Relief
(State briefly what you want the Court to do for you.)

Bring all defendant to court For jury trial or Judge trial to make defendants liable to liabilities of $200 million in monetary damages due to violation also $200,000 a claim under LGTCA in favor of petition

SIGNED THIS ___17___ day of ____July____ _____. _____.

Raymond Sims-Lewis
Signature of Plaintiff

Raymond Sims-Lewis
Printed Name

300 E. madison St,
Baltimore MD 21202
Address

443 509 2592
Telephone Number

LoudmouthstewartRecords@G-mail.com
Email Address